IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THERELL DAVIS,                                               No. 3:20-cv-00947-JR

              Plaintiff,                                    ORDER

   v.

PROGRESSIVE UNIVERSAL
INSURANCE COMPANY,
PROGRESSIVE CASUALTY
INSURANCE COMPANY,
PROGRESSIVE INSURANCE
COMPANY, and PROGRESSIVE
INSURANCE CORPORATION,
INC.,

              Defendants.

HERNÁNDEZ, District Judge:

      Magistrate Judge Jolie Russo issued a Findings and Recommendation on October 13, 2020, in which she recommends that this Court grant in party and deny in part Defendant's

1 – ORDER

Motion to Dismiss. F&R, ECF 21. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Defendant filed timely objections to the Magistrate Judge's Findings & Recommendation. Defs. Obj., ECF 30. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Defendants' objections and concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings and Recommendation [21]. Therefore, Defendants' Motion to Dismiss [12] is granted in part and denied in part.

IT IS SO ORDERED.

DATED:     March 9, 2021     .

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER